```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 14933
   TIMOTHY T RIMPSEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4501

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/14/2006 and was confirmed 02/01/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 05/01/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
 IL STATE DISBURSEMENT UN  DSO ARREARS    19306.51              .00         7297.90
 PATRICIA STANTON RIMPSEY  NOTICE ONLY    NOT FILED             .00             .00
 INTERNAL REVENUE SERVICE  PRIORITY       11577.00              .00             .00
 CAPITAL ONE               UNSECURED      NOT FILED             .00             .00
 CAPITAL ONE               UNSECURED      NOT FILED             .00             .00
 CITIZENS COMM             UNSECURED      NOT FILED             .00             .00
 NEXTEL COMMUNICATIONS     UNSECURED      NOT FILED             .00             .00
 ILLINOIS DEPT OF REV      PRIORITY        2495.14              .00             .00
 INTERNAL REVENUE SERVICE  UNSECURED       1721.89              .00             .00
 DAVID M SIEGEL            DEBTOR ATTY     3,000.00                         3,000.00
 TOM VAUGHN                TRUSTEE                                            702.10
 DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                11,000.00

 PRIORITY                                      7,297.90
 SECURED                                            .00
 UNSECURED                                          .00
 ADMINISTRATIVE                                 3,000.00
 TRUSTEE COMPENSATION                             702.10
 DEBTOR REFUND                                      .00
                       ---------------    ---------------
 TOTALS                 11,000.00              11,000.00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 14933 TIMOTHY T RIMPSEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```